# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Christa Casillas,

            Plaintiff

v.

Civica Nevada Career and Collegiate Academy, et al.,

            Defendants

Case No. 2:25-cv-02184-CDS-MDC

**Order Granting Defendant's Motion to Set Aside Default**

[ECF No. 30]

Defendant Academica Nevada, Inc. moves to set aside the default entered against it on April 3, 2026. ECF No. 30. In its motion, Academica Nevada asserts that it appeared and filed an answer on February 6, 2026. *Id.* at 2 (citing ECF No. 15). It further asserts that the court's order was intended to enter default against defendant Civica Nevada Career and Collegiate Academy, not Academica Nevada. *Id.*

In my April 3, 2026 order, I granted the plaintiff's motion for entry of default. ECF No. 28. In that order, I expressly instructed the Clerk of Court to enter default against Civica Nevada Career and Collegiate Academy. *Id.* at 4. Due to a clerical error, however, default was also entered against Academica Nevada. *See* ECF No. 29. In addition to Federal Rule of Civil Procedure 55(c), which affords courts broad discretion to set aside an entry of default, Federal Rule of Civil Procedure 60(a) provides that "[t]he court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record." Fed. R. Civ. P. 60(a). The court may correct such an error on motion or on its own initiative. *Id.*

Accordingly, because the default against Academica Nevada resulted from a clerical error, I grant Academica Nevada's motion to set aside default. The Clerk of Court is directed to

enter an amended default against Civica Nevada Career and Collegiate Academy only. This correction is consistent with the court's prior order.

**Conclusion**

IT IS HEREBY ORDERED that Academica Nevada's motion to set aside default **[ECF No. 30] is GRANTED**, and the default entered against Academica Nevada **[ECF No. 29] is VACATED**.

The Clerk of Court is kindly directed to enter an amended default against Civica Nevada Career and Collegiate Academy *only* as instructed on April 3, 2026.

Dated: April 14, 2026

_____
Cristina D. Silva
United States District Judge

2