UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Christa Casillas,

               Plaintiff

v.

Civica Nevada Career and Collegiate
Academy's, et al.,

               Defendants

Case No. 2:25-cv-02184-CDS-MDC

**Notice to Defendant Civica Nevada Career
and Collegiate Academy's Counsel**

Attorney Jeffrey C. Long appeared as counsel on behalf of Civica Nevada Career and Collegiate Academy in this matter. However, Long, who is admitted to practice in Nevada, does not maintain an office in Nevada. Under Local Rule IA 11-1(b)(2), an attorney who is admitted in Nevada but does not maintain an office here "must either (i) associate a licensed Nevada attorney maintaining an office in Nevada or (ii) designate a licensed Nevada attorney maintaining an office in Nevada for service of papers . . . ." LR IA 11-1(b)(2).

The rule further instructs that an attorney who is admitted in Nevada but does not maintain an office in Nevada

> must, upon initial appearance, file a notice that (i) informs the court the attorney is appearing under subsection (b)(1) and (ii) identifies the name and contact information of the associated or designated Nevada attorney. The name and office address of the associated or designated attorney must be endorsed on the pleadings or papers filed in this court, and service on the associated or designated Nevada attorney will be deemed to be service on the out-of-state attorney.

*Id.* Accordingly, Long must associate or designate a licensed Nevada attorney maintaining an office in Nevada and file a notice as outlined above. Long's notice must be filed by May 5, 2026.

Dated: April 21, 2026

_____
Cristina D. Silva
United States District Judge