FISHER & PHILLIPS LLP
JENNIFER A. FORNETTI (NBN 7644)
JAMIE L. CLARK, ESQ. (NBN 16687)
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: jfornetti@fisherphillips.com
E-Mail Address: jlclark@fisherphillips.com
*Attorneys for Defendant Academica Nevada, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTA CASILLAS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CIVICA NEVADA CAREER AND COLLEGIATE ACADEMY, and ACADEMICA NEVADA, INC, a Nevada corporation,<br><br>Defendants. | Case No: 2:25-cv-02184-CDS-MDC<br><br>**DEFENDANT'S MOTION TO REMOVE BRANDON A. BORN FROM THE LIST OF COUNSEL FOR ACADEMICA NEVADA, INC.** |

COMES NOW, Defendant and hereby respectfully moves this Court to remove Brandon A. Born, Esq. from the list of counsel of record for Academica Nevada, Inc.

Defendant continues to be represented by Jennifer A. Fornetti, Esq. and Jamie L. Clark, Esq. as its counsel.

Attorney Brandon A. Born has left the firm Fisher & Phillips LLP and is no longer working on this matter. Good cause exists for this attorney's removal from the list of counsel because his removal will not affect Defendant's interests, who continues to be represented by Fisher & Phillips LLP. Removal will not delay the case, discovery, or any other existing deadline.

In accordance with LR IA 11-6, this Motion will be served on all counsel of record and on Defendant.

/ / /



FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

WHEREFORE, for the foregoing reasons, Defendant respectfully requests this Court grant this Motion and allow Brandon A. Born to be removed from the list of counsel representing Defendant in this instant matter.

DATED: August 28, 2026.

FISHER & PHILLIPS LLP

By: */s/ Jennifer A. Fornetti*
JENNIFER A. FORNETTI, ESQ.
JAMIE L. CLARK, ESQ.
300 S. Fourth Street
Suite 1500
Las Vegas, Nevada 89101
*Attorneys for Defendant*

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 9-24-26

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

**CERTIFICATE OF SERVICE**

This is to certify that on the 28th day of August 2026, the undersigned, an employee of Fisher & Phillips LLP, electronically filed the foregoing **DEFENDANT'S MOTION TO REMOVE BRANDON A. BORN FROM THE LIST OF COUNSEL FOR ACADEMICA NEVADA, INC** with the United States District Court District of Nevada, and a copy was electronically transmitted from the court to the e-mail address on file for:

Christa Casillas, Pro Se
7824 Robinglen Avenue
Las Vegas, NV 89131
casillas.christa@gmail.com

By: *_/s/ Heather Sanders_*
An employee of Fisher & Phillips LLP