**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Christa Casillas,

Plaintiff(s),

vs.

Civica Nevada Career and Collegiate Academy,

Defendant(s).

2:25-cv-02184-CDS-MDC

**ORDER SETTING HEARING**

**IT IS ORDERED** that the parties must appear in-person at **1:30 p.m. on October 28, 2026, in Courtroom 3C,** for a **HEARING** on:

1. Plaintiff's *Motion for a Protective Order* (ECF No. 52);
2. The parties' *Joint Stipulated Discovery Dispute* (ECF No. 54); and
3. Defendants' *Motion to Extend Time for the Limited Purpose of Completing Two Depositions and to Extend the Dispositive Motion and Joint Pretrial Deadlines* (ECF No. 62). The dispositive motion and joint pretrial deadlines are temporarily **VACATED** pending further order of the Court.

Dated: September 24, 2026.

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge